# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 07-7032**   **September Term, 2007**

05cv01819

**Filed On:**

Anthony Marshall,
   Appellant

Torez Jackson, et al.,
   Appellees

  v.

District of Columbia, et al.,
   Appellees



UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  NOV - 6 2007

CLERK

### ORDER

By order filed July 12, 2007, directing appellant to either pay the $455.00 appellate docketing and filing fees to the Clerk of the District Court or file a motion in district court for leave to proceed in forma pauperis, along with the Consent to Collection of Fees Form and Prisoner Trust Account Report in this court, by August 13, 2007. The order was sent to appellant by warden letter. Appellant received and signed for the order on August 22, 2007. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: *Elizabeth V. Scott*
Elizabeth V. Scott
Deputy Clerk

MANDATE
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 12/11/07
BY: _____ Deputy Clerk
ATTACHED: ___ Amending Order
___ Opinion
___ Order on Costs

A True copy:
United States Court of Appeals
for the District of Columbia Circuit
By: _____ Deputy Clerk